**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2240**

SHAOMING SONG,

            Plaintiff - Appellant,

        v.

NATIONAL INSTITUTE ON AGING (NIA)/NATIONAL INSTITUTE OF
HEALTH (NIH),

            Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
George L. Russell, III, District Judge.  (1:23-cv-02545-GLR)

Submitted:  April 11, 2024                          Decided:  April 15, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shaoming Song, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaoming Song appeals the district court's order dismissing Song's complaint, purportedly filed pursuant to Fed. R. Civ. P. 60(d)(1) and seeking to raise multiple claims against Defendants, including for violation of Song's equal protection rights. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Song v. Nat'l Inst. on Aging*, No. 1:23-cv-02545-GLR (D. Md. Nov. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*